No. 73–621.  UNION PACIFIC RAILROAD CO. ET AL. *v.* CITY AND COUNTY OF DENVER ET AL.  Appeal from Sup. Ct. Colo. dismissed for want of substantial federal ques-

tion. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.